### AMERICAN CAN CO. v. WILLIAMS.

(Circuit Court of Appeals, Second Circuit. February 17, 1907.)

#### No. 176.

INJUNCTION—RECEIVER OF NATIONAL BANK—DIRECTION TO RETAIN FUND PENDING SUIT.

When a party asserts the ownership of property, or a specific lien thereon, it is within the discretion of the trial court to retain the property within its jurisdiction until the questions at issue can be determined, even though such property is a fund in the hands of the receiver of a national bank and an injunction is necessary to restrain him from transmitting it to the Comptroller of the Currency in the usual course as required by statute.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 27, Injunction, §§ 86–90.]

On rehearing. For former opinion, see 149 Fed. 200.

Edward B. Whitney, for the Comptroller.

James McMitchell, for appellee.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. A rehearing was granted at the request of the Comptroller of the Currency. A majority of the court is of the opinion that the order of the Circuit Court does not interfere with the Comptroller's administration of the affairs of the insolvent bank, except so far as may be necessary to preserve the rights of complainant. Our decision was simply to the effect that, when a party asserts the ownership of property or a specific lien thereon, it is within the discretion of the trial court to retain the property within its juris-

diction until the questions at issue can be determined. To permit the property to be removed from the jurisdiction of the court is, in effect, deciding in limine that the complainant has no cause of action.

The former decision of the court is reaffirmed.